NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000040
16-MAY-2012
09:48 AM

NO. CAAP-12-0000040

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BARBARA ANN DUNNING, Plaintiff-Appellant,
v.
LIBERTY HOUSE, INC., Employer-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2011-008 (2-00-00564))

ORDER GRANTING CLAIMANT-APPELLANT'S REQUEST TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Claimant-Appellant Barbara Dunning's document filed on May 7, 2012 wherein Ms. Dunning states she no longer wishes to pursue this case and asks the court to close the case,

IT IS HEREBY ORDERED that Claimant-Appellant Barbara Dunning's request is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, May 16, 2012.

Presiding Judge

Associate Judge

Associate Judge